OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 7, 2023

Mr. Scott Anthony Stedeford
2426 E County Line Road
Ardmore, PA 19003

RE: USA v. Scott Stedeford
Case Number: 23-2592
District Court Case Number: 2-97-cr-00051-003

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System.** See **3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

Enclosed please find case opening information regarding the above-captioned appeal by **Scott Anthony Stedeford** docketed at No. **23-2592**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

The requirements for the filing of an appearance form, disclosure statement and civil appeal information statement are waived for pro se litigants.

**Counsel for Appellee(s) must file:**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities).
These forms must be filed on or before **09/21/2023**.

Attached is a copy of the full caption as it is titled in the District Court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Enclosures:

Information for Pro Se Litigants
Caption

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Timothy, Case Manager
267-299-4953

cc: Robert A. Zauzmer